UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

14 DEC -8 PM 3: 21

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>SERVANDO INFANTE-ROCHA,<br><br>            Defendant. | CASE NO. 14cr0154-AJB<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment:

   8:1326(a) and (b) - Attempted Reentry of Removed Alien
   8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain
   8:1324(a)(1)(A)(ii) - Transportation of Illegal Aliens

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/04/14

_____
Anthony J. Battaglia
U.S. District Judge